

10 East 40th Street  
New York, New York 10016

Tel  212.689.8808  
Fax  212.689.5101  
www.hnrklaw.com

ipayano@hnrklaw.com

February 5, 2021

**VIA ECF**

Honorable Paul G. Gardephe  
United States District Judge  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, New York 10007

Re:   *S.A. and I.A., individually and on behalf of L.A., v. New York City Dept. of Educ.*  
1:20-CV-09391

Dear Judge Gardephe,

     Our firm represents Defendant New York City Department of Education ("Defendant") in the above-referenced matter, wherein Plaintiffs seek attorneys' fees and related costs following an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400, *et seq*.  We write to respectfully request a 45-day extension of Defendant's time to answer the Complaint from February 12, 2021 until March 29, 2021.  This is Defendant's second such request, and Plaintiff's counsel consents to this request.  We further request that the initial conference, currently scheduled for February 25, 2021, be adjourned until after Defendant answers the Complaint.

     Defense counsel was appointed on January 13, 2021 and is in the process of reviewing the case file, including the underlying administrative record and attorney billing records.  The requested 45-day extension will allow Defendant time to complete its investigation of the underlying facts and meaningfully respond to the allegations in the Complaint.  At the same time, the parties intend to engage in efforts to resolve this matter through settlement.

     Accordingly, Defendant respectfully requests that its time to answer the Complaint be extended by 45 days, until March 29, 2021, and the initial conference scheduled for a date thereafter.

     We thank the Court for its time and consideration of this request.

February 5, 2021
Page 2



Respectfully submitted,

Iricel E. Payano

cc: VIA ECF
Adam Dayan
Law Offices of Adam Dayan, PLLC
222 Broadway 19th Floor
New York, NY 10038
*Attorney for Plaintiffs*

MEMO ENDORSED

The application is granted. The conference scheduled for February 25, 2021 is adjourned to April 8, 2021 at 10:45 a.m. by telephone.

The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

February 9, 2021