

10 East 40th Street
New York, New York 10016

Tel  212.689.8808
Fax  212.689.5101
www.hnrklaw.com

ipayano@hnrklaw.com

April 5, 2021

**VIA ECF**

Honorable Paul G. Gardephe
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

MEMO ENDORSED

The application is granted.  The conference scheduled for April 8, 2021 is adjourned to **May 6, 2021 at 10:30 a.m.**

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

April 6, 2021

Re:   *S.A. and I.A., individually and on behalf of L.A., v. New York City Dept. of Educ.*, 1:20-CV-09391 (PGG) (KHP)

Dear Judge Gardephe,

We represent Defendant New York City Department of Education ("DOE") in the above-referenced matter, wherein Plaintiffs seek attorneys' fees and related costs following an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400, *et seq*.  We write on behalf of all parties to, jointly and respectfully, request a 30-day adjournment of the initial conference, currently scheduled for 10:45 a.m. on April 8, 2021, until May 10, 2021 or another date otherwise convenient for the Court.  This is the second request for an adjournment of the initial conference.

The parties are engaged in settlement discussions and an additional 30 days will allow the parties time to work towards a resolution.  Both parties remain optimistic that this case will be resolved without further judicial intervention.

Accordingly, the parties request a 30-day adjournment of the initial conference, currently scheduled for 10:45 a.m. on April 8, 2021, until a date on or after May 10, 2021.  We thank the Court for its time and consideration of this request.

We thank the Court for its time and consideration of this request.



April 5, 2021
Page 2

                                           Respectfully submitted,

                                           Iricel E. Payano

cc:    <u>VIA ECF</u>
        Adam Dayan, Esq.
        *Attorney for Plaintiffs*